WILLIAM F. PORTANOVA, State Bar No. 281364
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WFP@Portanova.com

Attorney for Defendant
ROBERT LIVINGSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER ROBINSON and ROBERT DYWANE LIVINGSTON,<br>Defendants. | CASE NO. 2:26-cr-00144-JAM<br>**FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br>DATE: November 17, 2026<br>TIME: 9:00 AM<br>JUDGE: Hon. John A. Mendez |

Defendant, ROBERT LIVINGSTON, by and through his undersigned counsel, defendant CHRISTOPHER ROBINSON, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for a status conference on November 17, 2026. By this stipulation, Defendants move to continue the status conference to February 23, 2027.
2. This is the first request for a continuance.
3. The government has voluminous records requiring review, some of which have yet to be discovered to defense counsel. Counsel for Mr. Livingston only just entered into the necessary protective order yesterday.
4. Defense counsel require additional time to review the above-noted discovery in this case and to discuss the same with their clients. Defense counsel also requires additional time to investigate the case, conduct legal research, consider trial strategies,

explore potential resolutions, and otherwise prepare for trial.

5. Based on the above-stated facts, Defendant requests the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of November 17, 2026, up to February 23, 2027, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Respectfully submitted,

DATED: November 3, 2026

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA
Attorney for Defendant
ROBERT LIVINGSTON

DATED: November 3, 2026

*/s/ Kellan Patterson*
KELLAN PATTERSON
Attorney for Defendant
CHRISTOPHER ROBINSON

DATED: November 3, 2026

ERIC GRANT
United States Attorney

By: */s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the **status conference**, presently scheduled for November 17, 2026, is **VACATED** and **RESET** for **February 23, 2027, at 9:00 a.m.**

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow necessary preparation for potential plea resolution, taking into consideration the exercise of due diligence, for the period from November 17, 2026, up to and including February 23, 2027.

**IT IS SO ORDERED**.

Dated: November 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE